J. B. BACK AND COMPANY, INC., Appellant, v. FRANK R. SCHMITT et al., Doing Business under the Name of F. R. SCHMITT & SON, Respondents.—

The contract provided for payment to defendants on a basis of time consumed and material furnished and contained a clause giving plaintiff the right to stop the work at any time. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *post*, p. 1009.]